UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_/s/ oral consent_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 22, 2020
_____
Date

_____    _____
U.S. District Judge/U.S. Magistrate Judge